UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. |
| | : | |
| v. | : | |
| | : | |
| TONY LIESENFELD, | : | |
| Defendant. | : | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

INTRODUCTION

At times relevant to this Information:

Defendant TONY LIESENFELD resided, at least part-time, in the City of Selinsgrove, Snyder County, within the Middle District of Pennsylvania.

Defendant TONY LIESENFELD served as secretary-treasurer and president of American Federation of Government Employees (AFGE) Local 148, while employed by the United States Department of Corrections at United States Penitentiary Lewisburg.

Local 148 was a member of Service 1st Federal Credit Union, and had a credit card issued by Service 1st.  All Service 1st credit card

1

transactions initiated in the Middle District of Pennsylvania were conducted electronically through either FIS Global, headquartered in Jacksonville, Florida, or NYCE, headquartered in Secaucus, New Jersey, and required interstate wire communications to complete.

## SCHEME AND ARTIFICE TO DEFRAUD

From on or about June 11, 2011, to on or about November 25, 2015, in the Middle District of Pennsylvania and elsewhere, the defendant,

TONY LIESENFELD,

knowingly and intentionally devised and intended to devise a scheme to defraud AFGE Local 148, and to obtain money, credit, and property by means of materially false and fraudulent pretenses, representations and promises, to wit, by making fraudulent, unauthorized, non-union purchases and obtaining fraudulent, unauthorized cash advances with the Local 148 credit card, and by creating fraudulent checks from the credit union account of Local 148 and then forging the countersignature of the person authorized and required to countersign such checks,

resulting in a loss to the account holder, AFGE Local 148, of at least approximately $77,716.40.

## MANNER AND MEANS

It was part of the scheme that:

As Treasurer, TONY LIESENFELD had access to and authority to use a credit card issued to AFGE Local 148 for union expenditures and for legitimate union purchases only. The position also provided TONY LIESENFELD with access to and authority over Local 148's checking account.

TONY LIESENFELD used the Local 148 credit card, issued by Service 1st Federal Credit Union and bearing the numbers XXXX XXXX XXXX 6618, for unauthorized purchases, payments via the internet, and cash advances for the personal benefit of TONY LIESENFELD. TONY LIESENFELD conducted unauthorized fraudulent credit card transactions for his personal benefit worth at least $23,549.14 during the relevant period.

For example, TONY LIESENFELD used the Local 148 credit card to make unauthorized purchases at a comic book and collectable card

shop, at a paintball facility, and to purchase such items as watches, laptop computers, iPad devices and accessories, camping equipment, tools, and other items not related to union business.

At times, TONY LIESENFELD prepared vouchers fraudulently claiming that expenditures were made for union purposes when, in fact, the purchases were made for his personal benefit.

Additionally, TONY LIESENFELD wrote checks from the Local 148 Service 1st Federal Credit Union account for fraudulent, non-union purchases, at times forging the signature of the person authorized and required to countersign such checks.

## EXECUTION OF THE SCHEME

On or about April 29, 2015, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**TONY LIESENFELD**,

for the purpose of executing the scheme described above, transmitted and caused to be transmitted by means of wire communication in interstate commerce writings, signs, signals, pictures, and sounds as follows: TONY LIESENFELD used the Local 148 Service 1st Federal

Credit Union credit card at a Walmart store, located in the Middle District of Pennsylvania, to fraudulently purchase items for his personal benefit, including, a Surface 2 tablet, hard drive, and other items totaling $668.49, such purchases being unauthorized and constituting a fraudulent use of the union's credit card.

All in violation of Title 18, United States Code, Section 1343.

DAVID J. FREED
United States Attorney

By: _____
SEAN A. CAMONI
Assistant United States Attorney

Date: 9/13/19